UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TARRYN UNIQUE, et al., <br> Plaintiffs, <br> v. <br> JOSEPH CLAYBAUGH, et al., <br> Defendants. | Case No. 22-cv-00711-VKD <br><br> **AMENDED ORDER GRANTING MOTIONS FOR LEAVE TO PROCEED IN FORMA PAUPERIS** <br><br> Re: Dkt. Nos. 2, 9, 12 |

Plaintiffs Tarryn Unique and Miguel White's motions to proceed in forma pauperis ("IFP") are granted. Dkt. Nos. 9, 12. The total filing fee that ultimately will be due is $350.00, which will be divided equally between the two Plaintiffs. Due to the lack of funds in Plaintiffs' accounts, no initial fee is due at this time. Funds for the filing fee will be taken from income to each plaintiff's account, not to exceed $150.00 from each, in accordance with 28 U.S.C. § 1915(B)(1). A copy of this order and the attached instructions will be sent to each plaintiff, the prison's trust account office at their respective prisons, and the Court's financial office. A previously filed IFP motion shall be terminated as moot. Dkt. No. 2.

This order terminates Docket Nos. 9 and 12.

**IT IS SO ORDERED.**

Dated: July 7, 2022

VIRGINIA K. DEMARCHI
United States Magistrate Judge