UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TARRYN UNIQUE, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>JOSEPH CLAYBAUGH, et al.,<br><br>    Defendants. | Case No. 22-cv-00711-VKD<br><br>**ORDER GRANTING MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT; SCREENING SECOND AMENDED COMPLAINT; EXTENDING DEADLINE TO FILE RESPONSIVE PLEADING**<br><br>Re: Dkt. Nos. 37, 38 |

On December 12, 2022, plaintiffs filed a motion for leave to file a second amended complaint, pursuant to Rule 15(a). Dkt. No. 37; *see* Fed. R. Civ. P. 15(a). Under Rule 15, a party may amend its pleading only with the opposing party's written consent or the court's leave" and "[t]he court should freely give leave when justice so requires." Fed. R. Civ. P. 15(a)(2). Plaintiffs previously filed a first amended complaint (Dkt. No. 28), and because plaintiffs are incarcerated, the Court screened the complaint pursuant to 28 U.S.C § 1915A. Dkt. No. 34.

Plaintiffs represent that the proposed second amended complaint contains only minor edits that "do not change the substance of the allegations, nor seek to add or remove any defendant," but instead reflect corrections of some factual allegations in the first amended complaint. Dkt. No. 37 at 3. They further represent that original named defendant Dr. Joseph Claybaugh consents to the filing of the second amended complaint. *Id.* at 2-3.

Plaintiffs submitted a redlined version of the second amended complaint, showing the changes made to the first amended complaint. Dkt. No. 37-2. These changes do not alter the Court's analysis as reflected in its previous screening order for the first amended complaint (Dkt. No. 34). For this reason, the Court grants plaintiffs leave to file the second amended complaint

and authorizes service of that complaint on all defendants.

The parties also filed a stipulated request to extend the deadline for defendants to file a responsive pleading. Dkt. No. 38. The Court grants the parties' stipulated request.

Accordingly, the Court orders as follows:

1. Plaintiffs shall file their second amended complaint (Dkt. No. 37-1) separately on the public docket.

2. Service shall proceed in accordance with the Court's previous order. *See* Dkt. No. 34 at 5-7. The Clerk is directed to serve on CDCR via email the following documents: plaintiffs' second amended complaint, this order of service and Dkt. No. 34, a CDCR Report of E-Service Waiver form, and a summons.

3. Defendants must respond to plaintiffs' second amended complaint by **February 14, 2023.**

**IT IS SO ORDERED.**

Dated: December 16, 2022

VIRGINIA K. DEMARCHI
United States Magistrate Judge