| | |
|---|---|
| ROB BONTA<br>Attorney General of California<br>PREETI K. BAJWA<br>Supervising Deputy Attorney General<br>COLIN A. SHAFF<br>Deputy Attorney General<br>State Bar No. 300301<br>  300 South Spring Street, Suite 1702<br>  Los Angeles, CA  90013-1230<br>  Telephone:  (213) 269-6039<br>  Fax:  (916) 761-3641<br>  E-mail:  Colin.Shaff@doj.ca.gov<br>*Attorneys for Defendants*<br>*D. Sterkel, M. Grijalva, A. Pola, K. Riley, E. Fletes, R. Merrill, C. Williams, J. Fernandez, V. Sanchez, R. Bluford, M. Iannone, A. Jaramillo, J. Hill, M. Elsayed, E. Canchola, R. Amis, R. Banales, J. Macomber, and J. Claybaugh* | Nadia E. Haghighatian (admitted *pro hac vice*)<br>Kat Li (admitted *pro hac vice*)<br>KIRKLAND & ELLIS LLP<br>401 Congress Avenue<br>Suite 2500<br>Austin, TX 78701<br>nadia.haghighatian@kirkland.com<br>kat.li@kirkland.com<br>Telephone: (512) 678-9100<br>Facsimile: (512) 678-9101<br><br>Laura Ashley Harris (SBN 327400)<br>KIRKLAND & ELLIS LLP<br>555 California Street<br>San Francisco, CA 94104<br>lauraashley.harris@kirkland.com<br>Telephone: (415) 439-1400<br>Facsimile: (415) 439-1500<br><br>Attorneys for Plaintiffs<br>*Tarryn Liberty Unique and Miguel Angel White* |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| TARRYN UNIQUE, et al.,<br><br>                     Plaintiffs,<br><br>v.<br><br>JOSEPH CLAYBAUGH, et al.,<br><br>                     Defendants. | 4:22-cv-00711-HSG<br><br>**JOINT STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS' THIRD AMENDED COMPLAINT**<br><br>**Filed Concurrently with: Declaration of Colin A. Shaff In Support of Stipulation**<br><br>Courtroom:  2, 4th Floor<br>Judge:        The Honorable Haywood S Gilliam, Jr<br>Trial Date:  None set<br>Action Filed:  February 3, 2022 |

1  Pursuant to Civil Local Rules 6-1(b) and 7-12, Defendants D. Sterkel, M. Grijalva, A. Pola,
2  K. Riley, E. Fletes, R. Merrill, C. Williams, J. Fernandez, V. Sanchez, R. Bluford, M. Iannone, A.
3  Jaramillo, J.. Hill, M. Elsayed, E. Canchola, R. Amis, R. Banales, J. Macomber, and J.
4  Claybaugh, and Plaintiffs Tarryn Unique and Miguel White, by and through their respective
5  undersigned counsel, jointly agree and stipulate as follows:
6  WHEREAS, on July 8, 2022, the Court ordered a stay in the case until September 6, 2022
7  (Dkt. No. 18);
8  WHEREAS, on September 19, 2022, the Court granted the Parties' stipulation to extend
9  time to file Plaintiffs' First Amended Complaint ("FAC") from September 20, 2022 to November
10  18, 2022 (Dkt. No. 23);
11  WHEREAS, on November 11, 2022, the Court granted the Parties' stipulation to continue
12  the Case Management Conference ("CMC") from December 13, 2022 to March 14, 2023 (Dkt.
13  No. 33);
14  WHEREAS, on December 16, 2022, the Court granted the Parties' stipulation to extend
15  time to file an answer or otherwise respond to Plaintiffs' Second Amended Complaint ("SAC") to
16  February 14, 2023 (Dkt. No. 39);
17  WHEREAS, on February 13, 2023, the Parties further stipulated that Defendants' deadline
18  to file an answer or responsive pleading would be extended from February 14, 2023 to April 24,
19  2023, to afford Plaintiffs time to file prepare certain amendments to the SAC, and that the CMC
20  be reset for May 24, 2023 (Dkt. No. 44);
21  WHEREAS, on February 14, 2023, the Court granted the Parties stipulation (Dkt. No. 46);
22  WHEREAS, on April 13, 2023, Plaintiffs filed their Third Amended Complaint ("TAC)
23  (Dkt. No. 69).
24  THEREFORE, to afford Defendants adequate time to review the TAC and to permit the
25  Parties sufficient time to meet and confer about any further issues regarding the allegations in the
26  TAC, the Parties agree that the current deadline for Defendants to file an answer or other
27  responsive pleading shall be extended from April 24, 2023 to May 15, 2023. The Parties further
28

stipulate that Plaintiffs' opposition shall be filed on or before June 5, 2023, and that Defendants' optional reply shall be filed on or before June 19, 2023.

This proposed stipulated briefing schedule on the TAC will not impact any upcoming or pending events or deadlines set by Court order.

Dated:  April 17, 2023                             Respectfully submitted,

ROB BONTA
Attorney General of California
PREETI K. BAJWA
Supervising Deputy Attorney General


*/s/ Colin A. Shaff*
COLIN A. SHAFF
Deputy Attorney General
*Attorneys for Defendants*


*/s/ Nadia Haghighatian*
Nadia Haghighatian (admitted pro hac vice)
Kat Li (admitted pro hac vice)
KIRKLAND & ELLIS LLP
401 Congress Avenue
Suite 2500
Austin, TX 78701
nadia.haghighatian@kirkland.com
kat.li@kirkland.com
Telephone: (512) 678-9100
Facsimile: (512) 678-9101

Laura Ashley Harris (SBN 327400)
IRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
lauraashley.harris@kirkland.com
Telephone: (415) 439-1400
Facsimile: (415) 439-1500

Attorneys for Plaintiffs
*Tarryn Liberty Unique and
Miguel Angel White*

SF2022401279

**CIVIL LOCAL RULE 5-1 ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, I attest that the other above-named signatories concur in this filing.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 17th day of April, 2023 in Los Angeles, California.

 /s/ Colin Shaff
COLIN A. SHAFF
DEPUTY ATTORNEY GENERAL

**ORDER**

In light of the stipulation of the parties, Defendants shall file an answer or other responsive pleading on or before May 15, 2023. Plaintiffs shall file an opposition to any responsive pleading on or before June 5, 2023. Defendants' optional reply shall be filed on or before June 19, 2023.

IT IS SO ORDERED.

Dated:      4/18/2023

The Honorable Haywood S Gilliam, Jr